```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAHAR YONAY and RINA YONAY,

                      Plaintiffs,

      -against-

EHUD MOSHE GILBOA,

                      Defendant.

20 Civ. 3472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 17, 2021, Plaintiffs filed a proposed judgment and accompanying declarations. ECF Nos. 30–32. On February 24, 2021, Defendant filed a counter-judgment and accompanying declaration. ECF Nos. 34, 36. Accordingly, by **March 10, 2021**, Plaintiffs shall file a letter stating their position on Defendant's counter-judgment.

      SO ORDERED.

Dated: March 3, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge