USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/18/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAHAR YONAY and RINA YONAY

                       Plaintiffs,

v.

EHUD MOSHE GILBOA,

                       Defendant.

**JUDGMENT**

Case No. 1:20-cv-03472-AT

WHEREAS this action was commenced on May 4, 2020 by the filing of the Complaint by plaintiffs Shahar Yonay and Rina Yonay;

WHEREAS defendant Ehud Moshe Gilboa answered on August 14, 2020;

WHEREAS the parties executed a Settlement Agreement on October 1, 2020, including a signed Affidavit of Judgment by Confession to be filed in the event of default by defendant;

WHEREAS by consent of the parties, the Court has retained jurisdiction over the performance of the Settlement Agreement;

WHEREAS based on the terms of the Settlement Agreement, defendant was required to make payment to plaintiffs by no later than January 31, 2021;

WHEREAS defendant was provided with written notice of default on February 2, 2021;

WHEREAS defendant has failed to make payment;

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiffs Shahar Yonay and Rina Yonay have judgment against defendant Ehud Moshe Gilboa in the amount of $342,000 with interest at 9% from the date hereof, plus costs and disbursements incurred in enforcing this judgment and collecting thereon.

Dated: March 18, 2021
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge